# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIFIED NUTRITION, LLC, a Nevada limited liability company; FRED BUCKLEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC SCLAR, an individual; CAROLINA SCLAR, an individual; NHS GLOBAL DISTRIBUTORS, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-07499-ODW-RAO<br><br>Judge: Honorable Otis D. Wright, II<br>First Street Courtroom: 5D<br><br>[~~PROPOSED~~] **ORDER FOR PRELIMINARY INJUNCTION**<br><br>Action Filed: October 13, 2017<br>Trial Date: None set |

After considering the Stipulation for Preliminary Injunction by Plaintiffs Fred Buckley and Verified Nutrition, LLC (collectively, "Plaintiffs"), and Defendants Eric and Carolina Sclar, and NHS Global Distributors, Inc. (collectively, "Defendants"), and for good cause shown,

IT IS HEREBY ORDERED as follows:

(1) Defendants—and their respective agents, servants, attorneys, employees, representatives, and all persons who are in active concert or participation with them—are hereby specifically and preliminarily enjoined from disseminating any false and/or misleading statements, including statements made or displayed on any of their websites, that:

   (a) Verified Nutrition "does not exist";

   (b) Plaintiffs' product, ProstaGenix, is ineffective and "just a cheap imitation of Prostate Miracle" [Defendants' product];

   (c) Prostate Report is a "fake review site" using "fake lab tests" and fake lab reports to review different prostate supplements and to rate ProstaGenix as the top product on the market, and is promoted through what Defendants have styled as the "gang of fraudsters"; and

   (d) Plaintiff Buckley—the founder and President of Verified Nutrition—is, among other derogatory claims, "a liar, plagiarist, and con man" as well as a "sociopath" who publishes plagiarized and "fake review magazines" in connection with promoting his business and ProstaGenix.

(2) Defendants—and their respective agents, servants, attorneys, employees, representatives, and all persons who are in active concert or participation with them—are hereby generally and preliminarily enjoined from disseminating any false and/or misleading statements, including statements made or displayed on any of their websites, regarding:

(a) Plaintiffs' business operations;

(b) Plaintiffs' prostate supplement product, ProstaGenix;

(c) Plaintiffs' testing methods and results, as published on Plaintiffs' website or Plaintiffs' magazines; and

(d) Plaintiffs, their website, their business, their product or their magazines, to any person or entity, including to distributors, customers, potential customers, or to any persons or entities involved in or having any relation to the dietary supplement industry.

**IT IS SO ORDERED**

Dated: _____October 30_____, 2017

Honorable Otis D. Wright II
United States District Judge